

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00063-CV

---

IN THE MATTER OF THE GUARDIANSHIP OF CONNIE A. SCHAFFNER, AN ADULT

---

On Appeal from the County Court
Clay County, Texas[1]
Trial Court No. 2-22-G, Honorable Mike Campbell, Presiding

---

April 5, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Sharon Hylton, filed a restricted appeal from a final order dated August 19, 2022, appointing permanent guardians for Connie A. Schaffner, an incapacitated person. On February 24, 2023, appointed counsel for Schaffner filed a motion to dismiss the appeal for lack of jurisdiction, noting that Hylton was not a party in the trial court and lacked standing to pursue a restricted appeal. This Court requested that Hylton file a response to the motion to dismiss no later than March 23, 2023. Hylton failed to respond.

---

[1] Pursuant to the Supreme Court's docket equalization efforts, this case was transferred to this Court from the Second Court of Appeals. *See* TEX. GOV'T CODE ANN. § 73.001.

Further, Hylton's brief was due February 24, 2023.  Hylton has failed to timely file a brief and has not filed a motion requesting an extension of time for the filing of her brief.  *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (authorizing dismissal of appeal for want of prosecution if appellant fails to timely file brief).

Hylton has failed to file a brief, failed to provide any explanation for her failure to file a brief, and failed to respond to a notice from this Court.  Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3(b) (authorizing dismissal for want of prosecution), (c) (authorizing dismissal "because the appellant has failed to comply with . . . a notice from the clerk requiring a response or other action within a specified time").  Any pending motions are dismissed as moot.

Per Curiam